FIRST NATIONAL BANK, APPELLEE, v. GEORGE J. HUNT,
ET AL., APPELLANTS.

FILED MAY 17, 1919, No. 20936.

APPEAL from the district court for Morrill county: RALPH W. HOBART, JUDGE. *Affirmed.*

*G. J. Hunt,* for appellants.

*John W. Parish* and *Morrow & Morrow, contra.*

ALDRICH, J.

The record in this case discloses that the issues and proceedings are precisely the same as those involved and passed upon by this court in *Norris v. Tower,* 102 Neb. 434, and the law as announced in that case is authority for the affirmance of this case. The record shows that the price brought at this sale was reasonable, and that the proceedings were regular.

The decree of the trial court is therefore

AFFIRMED.

MORRISSEY, C. J., not sitting.